UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEFF DEFAZIO,

        Plaintiff,

        v.

BOYDEN WORLD CORPORATION,
et al.,

        Defendants.

Case No. 19-cv-06121-JST

**ORDER DISMISSING CASE WITH
LEAVE TO AMEND**

Noting that the complaint failed to allege the citizenship of any of the parties, the Court previously ordered Plaintiff Jeff DeFazio to show cause as to why this case should not be dismissed for lack of subject matter jurisdiction. ECF No. 18. DeFazio filed a timely response to the order to show cause in which his counsel declares that, if given leave to do so, he would amend the complaint to allege the citizenship of DeFazio and Defendants Dick McCallister, RAM SF LLC, and Boyden World Corporation. ECF No. 24 at 1-2.

As to RAM SF LLC, the declaration states that McCallister, an Illinois citizen, "is the sole *manager* of the LLC, as stated on the California Secretary of State's website. Because the sole *member* of the LLC is domiciled in Illinois, the LLC would also be a citizen of Illinois, and I would amend the complaint accordingly." *Id.* at 2 (emphasis added). It is not clear whether DeFazio intends to allege that McCallister is the sole member, or only the sole manager, of the LLC. This distinction is important because "an LLC is a citizen of every state of which its owners/members are citizens," *Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006), and "the citizenship of an LLC's managers is irrelevant when determining its citizenship, unless the managers are members as well," *Neuport Assocs., LLC v. Newton*, No. CV 16-8738 PA (FFMx), 2016 WL 7176573, at *2 (C.D. Cal. Dec. 9, 2016). The document submitted

by DeFazio from the Secretary of State indicates that there is one manager, but it is silent as to the number of members. ECF No. 24 at 4. In addition, the record contains conflicting information: Defendants filed a disclosure statement indicating that William H. Clark Associates, Inc. "is the sole owner of defendant RAM SF LLC." ECF No. 17 at 2. The record is silent as to the citizenship of William H. Clark Associates, Inc.

In light of the above, the Court remains unable to determine the citizenship of RAM SF LLC, and it therefore continues to be unable to determine whether it has diversity jurisdiction over this case. Accordingly, the case is dismissed for lack of subject matter jurisdiction. If DeFazio wishes to amend his complaint, he must do so by March 20, 2020. If no amended complaint is filed by that date, the Court will enter judgment and close the file.

The case management conference currently scheduled for March 24, 2020, is continued to May 26, 2020. A joint case management statement is due May 19, 2020.

**IT IS SO ORDERED.**

Dated: March 3, 2020



JON S. TIGAR
United States District Judge